THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING FRIEDMAN, Appellant.

Argued February 23, 1950; decided March 3, 1950.

*Irving Friedman,* appellant in person.

*John P. McGrath, Corporation Counsel (Samuel D. Johnson* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.